FILED

2012 OCT 31 PM 2:22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

COPY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. SACR12-0251 |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. § 846: Conspiracy to Distribute Methamphetamine] |
| JON JASON MASHBURN, aka "Jason," DUSTIN CRAIG BOSTON, aka "Dustin Blish," and LORIE CATHERINE BECK, aka "Liberty," | |
| Defendants. | |

The Grand Jury charges:

[21 U.S.C. § 846]

A. OBJECT OF THE CONSPIRACY

Beginning on a date unknown, and continuing until on or about August 22, 2012, in Orange County, within the Central District of California, defendants JON JASON MASHBURN, also known as ("aka") "Jason" ("MASHBURN"), DUSTIN CRAIG BOSTON, aka "Dustin Blish"

1  ("BOSTON"), and LORIE CATHERINE BECK, aka "Liberty" ("BECK"), and
2  others known and unknown to the Grand Jury, conspired and agreed
3  with each other to knowingly and intentionally distribute at least
4  five grams of methamphetamine, a Schedule II controlled substance,
5  in violation of Title 21, United States Code, Sections 841(a)(1),
6  (b)(1)(B)(viii).
7  B.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE
8       ACCOMPLISHED
9       The object of the conspiracy was to be accomplished in
10 substance as follows:
11      1.   Defendant MASHBURN and others would arrange to have the
12 methamphetamine delivered to a buyer at a certain location.
13      2.   Defendants BOSTON and BECK would conduct counter
14 surveillance during the drug transaction in order to identify
15 undercover law enforcement officers.
16 C.   OVERT ACTS
17      In furtherance of the conspiracy and to accomplish the object
18 of the conspiracy, defendants MASHBURN, BOSTON, and BECK, and others
19 known and unknown to the Grand Jury, committed various overt acts
20 within the Central District of California, including, but not
21 limited to, the following:
22      Overt Act No. 1: In or about August 2012, defendant MASHBURN
23 agreed to sell one pound of methamphetamine for approximately
24 $15,000 to an individual whom MASHBURN believed was a prospective
25 buyer of methamphetamine, but who, in fact, was a confidential
26 informant ("CI") for the Cypress Police Department.
27 ///
28

<u>Overt Act No. 2</u>: On or about August 22, 2012, defendants MASHBURN, BOSTON, and BECK agreed to distribute methamphetamine at a parking lot in Buena Park, California.

<u>Overt Act No. 3</u>: On or about August 22, 2012, defendant MASHBURN obtained approximately one pound of methamphetamine from his supplier.

<u>Overt Act No. 4</u>: On or about August 22, 2012, defendants BOSTON and BECK conducted counter surveillance of the parking lot in Buena Park, California in order to detect undercover law enforcement.

<u>Overt Act No. 5</u>: On or about August 22, 2012, defendant BECK identified a person she believed to be an undercover law enforcement officer and so notified defendant MASHBURN.

<u>Overt Act No. 6</u>: On or about August 22, 2012, defendants MASHBURN, BOSTON, and BECK agreed to move the location of the methamphetamine distribution to a parking lot in Garden Grove, California.

<u>Overt Act No. 7</u>: On or about August 22, 2012, defendant MASHBURN showed approximately one pound of methamphetamine to the CI.

///

<u>Overt Act No. 8</u>: On or about August 22, 2012, defendant MASHBURN led police officers on a high speed chase through Orange County to avoid apprehension by law enforcement.

A TRUE BILL

_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

*/s/ Robert E. Dugdale*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

TERRI K. FLYNN
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

MARK P. TAKLA
Assistant United States Attorney